IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STANLEY E. WINCHESTER, | Civil No. 05-138-CO |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that this matter is dismissed.

DATED this 9th day of Aug, 2005.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Joanne E. Dantonio
JOANNE E. DANTONIO
Special Assistant United States Attorney
(206) 615-2730
of Attorneys for Defendant